# Exhibit A

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent Office**

Reg. No. 1,045,932
Registered Aug. 10, 1976

## TRADEMARK
Principal Register

# LOUIS VUITTON

Vuitton et Fils S.A.R.L. (French corporation)
18, Rue du Congres
92600 Asnieres, France

For: LUGGAGE AND LADIES' HANDBAGS, in CLASS 18 (U.S. CL. 3).
First use at least as early as 1875; in commerce at least as early as 1925.

Ser. No. 60,441, filed Aug. 13, 1975.

B. A. CHAPMAN, Examiner

Int. Cls.: 14, 16, 18, 24 and 25

Prior U.S. Cls.: 1, 2, 3, 5, 22, 23, 27, 28, 29, 37, 38, 39, 41, 42 and 50

Reg. No. 1,990,760

United States Patent and Trademark Office

Registered Aug. 6, 1996

## TRADEMARK
### PRINCIPAL REGISTER

# LOUIS VUITTON

LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: WATCHES AND STRAPS FOR WRIST WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1910; IN COMMERCE 0-0-1910.

TILE SHOPPING BAGS; BEACH BAGS; HUNTERS' GAME BAGS; HANDBAGS; VANITY CASES SOLD EMPTY; ATTACHE CASES; SCHOOL BAGS; SCHOOL SATCHELS; TOTE BAGS, TRAVEL SATCHELS; CLUTCH BAGS; BRIEFCASES; WALLETS; POCKET WALLETS; CREDIT CARD CASES; BUSINESS CARD CASES; BILL AND CARD HOLDERS; CHECKBOOK HOLDERS; KEY CASES; CHANGE PURSES; BRIEFCASE-TYPE PORTFOLIOS; EN-

FOR: PHOTOGRAPH ALBUMS; CATALOGUES FEATURING LUGGAGE AND TRAVEL ACCESSORIES, BAGS, SMALL LEATHER GOODS AND GARMENTS; ENGAGEMENT BOOKS, NOTEBOOKS, PICTURE BOOKS, ANTHOLOGIES AND PAMPHLETS REFERRING TO TRAVEL; CALENDARS; TELEPHONE INDEXES; HAT BOXES OF CARDBOARD; OFFICE REQUISITES IN THE NATURE OF WRITING PADS, LETTER TRAYS, WRITING CASES, PENCIL HOLDERS; FOUNTAIN PENS, BALLPOINT PENS, NIBS, INK WELLS, INK STANDS; PLAYING CARDS; COVERS FOR POCKET AND DESK DIARIES, AND CHECKBOOK HOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1923; IN COMMERCE 0-0-1923.

FOR: TRUNKS; TRAVELING TRUNKS; SUITCASES; TRAVELING BAGS; LUGGAGE; GARMENT BAGS FOR TRAVEL; HAT BOXES FOR TRAVEL; SHOE BAGS FOR TRAVEL; UMBRELLAS; ANIMAL CARRIERS; BAGS FOR CLIMBERS; BAGS FOR CAMPERS; RUCKSACKS; HAVERSACKS; LEATHER OR TEXVELOPES OF LEATHER OR IMITATION LEATHER FOR PACKAGING, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1854; IN COMMERCE 0-0-1898.

FOR: TRAVEL BLANKETS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-1901; IN COMMERCE 0-0-1901.

FOR: SHIRTS; SWEATSHIRTS; POLO SHIRTS; T-SHIRTS; HEADWEAR; JACKETS; TIES; BELTS; SHAWLS; SASHES; SCARVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1909; IN COMMERCE 0-0-1909.

OWNER OF U.S. REG. NOS. 1,045,932, 1,615,681 AND OTHERS.

THE NAME "LOUIS VUITTON" IS THE NAME OF THE DECEASED, FOUNDER OF THE APPLICANT'S BUSINESS.

SER. NO. 74-604,074, FILED 11-29-1994.

RANDY RICARDO, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 2,904,197**

**United States Patent and Trademark Office** **Registered Nov. 23, 2004**

**TRADEMARK**
**PRINCIPAL REGISTER**

# LOUIS VUITTON

LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: GOODS MADE OF PRECIOUS METALS, ALLOYS, OR COATED, NAMELY, ORNAMENTAL PINS, ASH TRAYS FOR SMOKERS, DECORATIVE BOXES AND JEWELRY BOXES, JEWELRY CASES AND WATCH CASES, POWDER COMPACTS SOLD EMPTY; JEWELRY, NAMELY, RINGS, EARRINGS, CUFF LINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, AND MEDALLIONS; KEYRINGS MADE OF PRECIOUS METAL; BUCKLES MADE OF PRECIOUS METAL, NAMELY, BUCKLES FOR BELTS, BUCKLES FOR CLOTHING, BUCKLES FOR SCARVES, BUCKLES FOR HATS, BUCKLES FOR JEWELRY, BUCKLES FOR SHOES, BUCKLES FOR BAGS, BUCKLES FOR BOXES, BUCKLES FOR TRUNKS, BUCKLES FOR CASES, BUCKLES FOR PURSES, BUCKLES FOR WALLETS, BUCKLES FOR UMBRELLAS, BUCKLES FOR CANES, BUCKLES FOR CLOCKS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, WRIST-WATCHES, CLOCKS, CHRONOGRAPHS, CHRONOMETERS AND ALARM CLOCKS; STRAPS FOR WRIST-WATCHES AND WATCH CASES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF ERPN CMNTY TM OFC REG. NO. 001172857, DATED 6-9-2000, EXPIRES 5-11-2009.

OWNER OF U.S. REG. NOS. 1,045,932, 2,657,903 AND OTHERS.

THE NAME "LOUIS VUITTON" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 76-485,867, FILED 1-28-2003.

RUSS HERMAN, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cl.: 3

Reg. No. 1,519,828

# United States Patent and Trademark Office

Registered Jan. 10, 1989

## TRADEMARK
## PRINCIPAL REGISTER

LOUIS VUITTON (FRANCE CORPORATION)
30 RUE LA BOETIE
PARIS, FRANCE

FOR: TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, POCKETBOOKS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1897; IN COMMERCE 0-0-1925.

OWNER OF U.S. REG. NOS. 286,345 AND 297,594.

SER. NO. 726,741, FILED 5-6-1988.

CHRIS A. F. PEDERSEN, EXAMINING ATTORNEY

**Int. Cls.: 16 and 25**

**Prior U.S. Cls.: 5, 11, 29, 37, 38 and 39**

**Reg. No. 1,794,905**

# United States Patent and Trademark Office

**Registered Sep. 28, 1993**

## TRADEMARK
## PRINCIPAL REGISTER

LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE , ASSIGNEE OF LOUIS VUITTON (FRANCE CORPORATION) 75008 PARIS, FRANCE

FOR: TRAVEL GOODS CATALOGS, STATIONERY, PADS OF STATIONERY, CALENDARS, INDEXES FOR ARTICLES MADE FOR TRAVELLERS, NOTEBOOKS, ENVELOPES; PRINTED LABELS FOR LUGGAGE AND OTHER TRAVEL GOODS AND LEATHER HOLDERS THEREFOR, SOLD AS A UNIT; WRITING PAPER, PAPER OR PLASTIC BAGS FOR PACKAGING, HAT BOXES, PAPER OR CARDBOARD BOXES, PHOTOGRAPHS, ADHESIVES FOR STATIONERY, OFFICE REQUISITES IN THE NATURE OF WRITING PADS, LETTER TRAYS, PAPER CUTTERS, LETTER OPENERS, WRITING TABLETS, PENCILS, PENCIL HOLDERS, FOUNTAIN PENS, BALL-POINT PENS, PEN CASES, PENCIL CASES, LEAD HOLDERS, BALLPOINTS FOR PENS, NIBS, NIBS OF GOLD, INKWELLS, INKSTANDS, PLAYING CARDS, IN CLASS 16 (U.S. CLS. 5, 11, 29, 37 AND 38).

FOR: CLOTHING FOR MEN AND WOMEN; NAMELY BELTS, SHAWLS, SASHES, SCARVES; FOOTWEAR HEADGEAR, IN CLASS 25 (U.S. CL. 39).

OWNER OF FRANCE REG. NO. 1540178, DATED 7-7-1989, EXPIRES 7-7-1999.

OWNER OF U.S. REG. NOS. 286,345, 1,522,311 AND OTHERS.

SER. NO. 74-147,107, FILED 3-12-1991.

PATRICK, LEVY, EXAMINING ATTORNEY

**Int. Cls.: 14 and 24**

**Prior U.S. Cls.: 2, 27, 28, 42 and 50**

**Reg. No. 1,938,808**

**Registered Nov. 28, 1995**

# United States Patent and Trademark Office

## TRADEMARK
## PRINCIPAL REGISTER

MALLETIER, LOUIS VUITTON (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: JEWELRY, WATCHES AND STRAPS FOR WRIST WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1910; IN COMMERCE 0-0-1910.

FOR: TRAVEL BLANKETS MADE OF TEXTILE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-1901; IN COMMERCE 0-0-1901.

OWNER OF U.S. REG. NOS. 286,345, 1,794,905 AND OTHERS.

SER. NO. 74-618,480, FILED 1-6-1995.

CARYN HINES, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,361,695**

**United States Patent and Trademark Office** **Registered June 27, 2000**

**TRADEMARK**
**PRINCIPAL REGISTER**



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2 RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: CLOTHING AND UNDERWEAR, NAMELY, SWEATERS, SHIRTS, SWEATSHIRTS, POLO SHIRTS, T-SHIRTS, CORSETS, SUITS, WAISTCOATS, RAINCOATS, SKIRTS, COATS, PULLOVERS, TROUSERS, DRESSES, JACKETS, SHAWLS, STOLES, SASHES FOR WEAR, SCARVES, NECKTIES, POCKET SQUARES, SUSPENDERS, POCKET HANDKERCHIEF SQUARES FOR WEAR, BRACES, GLOVES, TIES, BELTS, STOCKINGS, TIGHTS, SOCKS, BATH ROBES, BATHING SUITS, SHOES, BOOTS AND SANDALS, TIPS FOR FOOTWEAR; HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0–0–1896; IN COMMERCE 0–0–1981.

OWNER OF U.S. REG. NOS. 1,519,828, 1,794,905, AND 1,938,808.

SER. NO. 75–620,753, FILED 1–13–1999.

INGRID C. EULIN, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**

**10 Year Renewal**

Reg. No. 297,594
Registered Sep. 20, 1932
Renewal Term Begins Sep. 20, 1992

## TRADEMARK
## PRINCIPAL REGISTER

LOUIS VUITTON MALLETIER (FRANCE CORPORATION) 54, AVENUE MONTAIGNE 75008 PARIS, FRANCE, BY CHANGE OF NAME, ASSIGNMENT,ASSIGNMENT AND ASSIGNMENT FROM VUITTON & VUITTON, SOCIETE A RESPONSABILITE LIMITEE (FRANCE CORPORATION) PARIS, FRANCE

OWNER OF FRANCE REG. NO. 219,497, DATED 10-29-1908, RENEWED AS REG. NO. 219,497, DATED 8-3-1923.

THE REPRESENTATION OF A TRUCK LINING OR A SECTION THEREOF BEING HEREBY DISCLAIMED.

FOR: TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, AND POCKETBOOKS, IN CLASS 3 (INT. CL. 18).

FIRST USE 0-0-1897; IN COMMERCE 0-0-1897.

SER. NO. 71-313,983, FILED 4-29-1931.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 17, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl. 18

**Registered Sept. 20, 1932**

**Trade-Mark 297,594**

297,594. "VL" AND DRAWING. Registered Sept. 20, 1932. Vuitton & Vuitton, Societe a Responsabilite Limitee, Paris, France. Renewed Sept. 20, 1952, to Vuitton & Vuitton, Societe a Responsabilite Limitee, Seine, France, a corporation organized under the laws of the Republic of France. Trunks, Valises, Traveling Bags, Etc. Class 3.

SECOND RENEWAL
Vuitton et fils Societe a Responsabilite limitee Asnieres (Hauts de Seine) France

3515

# UNITED STATES PATENT OFFICE

**VUITTON & VUITTON, SOCIETE A RESPONSABILITE LIMITÉE, OF PARIS, FRANCE**

**ACT OF FEBRUARY 20, 1905**

**Application filed April 29, 1931. Serial No. 313,983.**

## STATEMENT

*To all whom it may concern:*

Be it known that Vuitton & Vuitton, Societe a Responsabilite Limitee, a corporation duly organized under the laws of the Republic of France, located in the city of Paris, France, and doing business at 70 Avenue des Champs-Elysees, in said city, has adopted for its use the trade-mark shown in the accompanying drawing; the representation of a trunk lining or a section thereof being hereby disclaimed.

The trade-mark has been continuously used in its business since 1897.

The particular description of goods to which the trade-mark is appropriated is TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, AND POCKETBOOKS, comprised in Class 3, Baggage, animal equipments, portfolios, and pocketbooks

The trade-mark is usually displayed by stamping or otherwise impressing same directly upon the goods or by printing or otherwise impressing same on packages containing the goods.

Said trade-mark has been registered in France dated Oct. 29, 1908, renewed Aug. 3, 1923, No. 219,497. Mock & Blum, whose postal address is 10 East 40th Street, New York, N. Y., are designated, as applicant's representative, on whom process or notice of proceedings affecting the right of ownership of said trade-mark brought under the laws of the United States may be served.

VUITTON & VUITTON, SOCIETE
a RESPONSABILITE LIMITEE,
By G. L. VUITTON,
*Managing Director.*

Registered Sept. 20, 1932 **Trade-Mark 297,594**

Renewed September 20, 1952 to Vuitton & Vuitton, Societe a Responsabilite Limitee, of Seine, France, a corporation organized under the laws of the Republic of France.

3515

# UNITED STATES PATENT OFFICE

VUITTON & VUITTON, SOCIETE A RESPONSABILITE LIMITEE, OF PARIS, FRANCE

ACT OF FEBRUARY 20, 1905

Application filed April 29, 1931. Serial No. 313,983.

## STATEMENT

*To all whom it may concern:*

Be it known that Vuitton & Vuitton, Societe a Responsabilite Limitee, a corporation duly organized under the laws of the Republic of France, located in the city of Paris, France, and doing business at 70 Avenue des Champs-Elysees, in said city, has adopted for its use the trade-mark shown in the accompanying drawing, the representation of a trunk lining or a section thereof being hereby disclaimed.

The trade-mark has been continuously used in its business since 1897.

The particular description of goods to which the trade-mark is appropriated is TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, AND POCKETBOOKS, comprised in Class 3, Baggage, animal equipments, portfolios, and pocketbooks..

The trade-mark is usually displayed by stamping or otherwise impressing same directly upon the goods or by printing or otherwise impressing same on packages containing the goods.

Said trade-mark has been registered in France dated Oct. 29, 1908, renewed Aug. 3, 1923, No. 219,497. Mock & Blum, whose postal address is 10 East 40th Street, New York, N. Y., are designated, as applicant's representative, on whom process or notice of proceedings affecting the right of ownership of said trade-mark brought under the laws of the United States may be served.

VUITTON & VUITTON, SOCIETE a RESPONSABILITE LIMITEE,
By G. L. VUITTON,
*Managing Director.*

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

**Reg. No. 1,770,131**

# United States Patent and Trademark Office

**Registered May 11, 1993**

## TRADEMARK
## PRINCIPAL REGISTER

LOUIS VUITTON (FRANCE CORPORATION)
54 AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: CLOTHING FOR MEN AND WOMEN; NAMELY, BELTS, SHAWLS, SASHES, SCARVES; FOOTWEAR, TIPS FOR FOOTWEAR; HEADGEAR, IN CLASS 25 (U.S. CL. 39).

OWNER OF FRANCE REG. NO. 1498338, DATED 11-15-1988, EXPIRES 11-15-1998.

OWNER OF U.S. REG. NO. 1,415,502.

SER. NO. 74-148,017, FILED 3-15-1991.

PATRICK, LEVY, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39** **Reg. No. 2,399,161**

**United States Patent and Trademark Office** **Registered Oct. 31, 2000**

**Corrected** **OG Date Apr. 3, 2007**

## TRADEMARK
## PRINCIPAL REGISTER

LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2 RUE DU PONT-NEUF
75001 PARIS, FRANCE

OWNER OF U.S. REG. NOS. 1,655,564, 1,875,198 AND OTHERS.

THE MARK CONSISTS OF A REPEATING PATTERN DESIGN COVERING ALL OR SUBSTANTIALLY ALL OF THE SURFACE OF THE GOODS. THE MARK INCLUDES THE LETTERS LV AND FLOWER-LIKE DESIGNS ON A DARK BACKGROUND.

FOR: CLOTHING AND UNDERWEAR, NAMELY,[ SWEATERS,] SHIRTS, [ SWEATSHIRTS,] POLO SHIRTS, T-SHIRTS, [CORSETS, SUITS, ] WAISTCOATS, RAINCOATS, SKIRTS, COATS, [ PULLOVERS,] TROUSERS, DRESSES, JACKETS, SHAWLS, STOLES, [ SASHES FOR WEAR,] SCARVES, NECKTIES, [ POCKET SQUARES, SUSPENDERS, POCKET HANDKERCHIEFS, BRACES,] GLOVES, TIES, BELTS,[ STOCKINGS, TIGHTS, SOCKS, BATH ROBES, ] BATHING SUITS, SHOES, BOOTS AND SANDALS, [ TIPS FOR FOOTWEAR;] HATS [ AND CAPS ], IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1896; IN COMMERCE 0-0-1981.

SER. NO. 75-620,248, FILED 1-13-1999.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 3, 2007.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

# United States of America

## United States Patent and Trademark Office

**Reg. No. 4,192,541**

**Registered Aug. 21, 2012**

**Int. Cls.: 3, 9, 14, 16, 18, 24, 25 and 34**

**TRADEMARK**

**PRINCIPAL REGISTER**

LOUIS VUITTON MALLETIER (FRANCE SOCIÉTÉ ANONYME)
2 RUE DU PONT-NEUF
PARIS, FRANCE F75001

FOR: SOAPS FOR PERSONAL USE; PERFUMERY; ESSENTIAL OILS; COSMETICS; CREAMS FOR THE HAIR, FACE, AND BODY; LOTIONS FOR THE HAIR, FACE, AND BODY; SHOWER AND BATH GELS; SHOWER AND BATH PREPARATIONS; SHAMPOOS; MAKE-UP PREPARATIONS, NAMELY, FOUNDATIONS, LIPSTICKS, EYE SHADOWS, MASCARA, MAKE-UP POWDER, AND NAIL POLISH, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: SUNGLASSES; SPECTACLES; OPTICAL LENSES; SPECTACLE CASES; TELEPHONES; MOBILE TELEPHONES; SMART PHONES; PC TABLETS; PERSONAL DIGITAL ASSISTANTS; MP3 PLAYERS; ACCESSORIES FOR TELEPHONES, MOBILE TELEPHONES, SMART PHONES, PC TABLETS, PERSONAL DIGITAL ASSISTANTS, AND MP3 PLAYERS, NAMELY, HANDS-FREE KITS FOR TELEPHONES, BATTERIES, COVERS, HOUSINGS, FAÇADES, CHARGERS, HAND STRAPS, AND NECK STRAPS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELRY; KEY RINGS OF PRECIOUS METAL; TIE PINS; MEDALLIONS; JEWELRY BOXES; WATCHES; WATCH BANDS; ALARM CLOCKS; CASES FOR TIMEPIECES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PRINTED MATTER, NAMELY, PAMPHLETS, CATALOGS, AND BOOKS IN THE FIELD OF TRAVEL, LUGGAGE, LUXURY GOODS, FASHION, CLOTHING, SPORTS, THE ARTS; PUBLICATIONS, NAMELY, BROCHURES AND BOOKLETS IN THE FIELD OF TRAVEL, LUGGAGE, LUXURY GOODS, FASHION, CLOTHING, SPORTS, THE ARTS; STATIONERY; STATIONERY ARTICLES, NAMELY, NOTE PADS, WRITING BOOKS, DRAWING BOOKS, CALENDARS, AGENDAS, NOTEBOOKS, ENVELOPES, LETTER PAPER, AND INDEX CARDS; COVERS FOR DIARIES, INDEXES, AND PADS; OFFICE REQUISITES, NAMELY, LETTER TRAYS, PAPER CUTTERS, PENCILS, INKSTANDS, INKWELLS, PAPERWEIGHTS, PENCIL HOLDERS, PEN HOLDERS, WRITING PADS, PENS, BALLS, AND NIBS FOR PENS; POSTCARDS; PAPER LABELS; NEWSPAPERS; PRINTED DOCUMENTS, NAMELY, PRINTED CERTIFICATES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: BOXES OF LEATHER OR IMITATION LEATHER FOR PACKAGING AND CARRYING GOODS; TRAVELING BAGS; LEATHER TRAVELING SETS OF LUGGAGE; TRUNKS;

David J. Kappos

Director of the United States Patent and Trademark Office

**Reg. No. 4,192,541**    SUITCASES; GARMENT BAGS FOR TRAVEL; VANITY CASES SOLD EMPTY; TOILETRY BAGS SOLD EMPTY; BACKPACKS; HANDBAGS; ATTACHÉ CASES; LEATHER DOCUMENT CASES; WALLETS; PURSES; LEATHER KEY CASES; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: TEXTILES AND TEXTILE GOODS, NAMELY, BATH LINEN, BED LINEN, TABLE LINEN, TOWELS, BED COVERS, TEXTILE TABLE CLOTHS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING, NAMELY, UNDERWEAR, SHIRTS, TEE-SHIRTS, PULLOVERS, SKIRTS, DRESSES, TROUSERS, COATS, JACKETS, BELTS FOR CLOTHING, SCARVES, SASHES FOR WEAR, GLOVES, NECKTIES, SOCKS, BATHING SUITS; FOOTWEAR; HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: CIGAR AND CIGARETTE CASES OF LEATHER AND IMITATION LEATHER, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

OWNER OF U.S. REG. NOS. 1,875,198, 2,361,695 AND OTHERS.

PRIORITY DATE OF 3-28-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1095708 DATED 9-19-2011, EXPIRES 9-19-2021.

THE MARK CONSISTS OF FLOWER-LIKE DESIGNS SURROUNDING THE LETTERS "LV".

SER. NO. 79-104,538, FILED 9-19-2011.

HOWARD SMIGA, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**Int. Cls.: 14, 18 and 25**

**Prior U.S. Cls.: 1, 2, 3, 22, 27, 28, 39, 41 and 50**

**Reg. No. 2,177,828**

**United States Patent and Trademark Office** **Registered Aug. 4, 1998**

## TRADEMARK
## PRINCIPAL REGISTER

LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE

CHE CASES, BRIEFCASES, DRAW STRING POUCHES, AND FINE LEATHER GOODS, NAMELY, POCKET WALLETS, PURSES,

75008 PARIS, FRANCE

FOR: GOODS MADE OF PRECIOUS METALS, NAMELY, SHOE ORNAMENTS, HAT ORNAMENTS, ORNAMENTAL PINS, ASH-TRAYS FOR SMOKERS, DECORATIVE BOXES, POWDER COMPACTS OF PRECIOUS METAL, JEWELRY CASES; JEWELRY, NAMELY, RINGS, KEY RINGS, BELT BUCKLES, EAR RINGS, CUFFLINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, MEDAL-LIONS; HOROLOGICAL AND CHRONOME-TRIC INSTRUMENTS, STRAPS FOR WATCH-ES, WATCHES AND WRIST-WATCHES, CASES FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: GOODS MADE OF LEATHER OR IMI-TATIONS OF LEATHER ARE NOT INCLUDED IN OTHER CLASSES, NAMELY, BOXES MADE FROM LEATHER OR LEATHERBOARD, EN-VELOPES OF LEATHER FOR PACKAGING; TRUNKS, VALISES, TRAVELING BAGS, LUG-GAGE FOR TRAVEL, GARMENT BAGS FOR TRAVEL, VANITY CASES SOLD EMPTY, RUCKSACKS, HAND BAGS, BEACH BAGS, SHOPPING BAGS, SHOULDER BAGS, ATTA-LEATHER KEY HOLDERS, BUSINESS CARD CASES, CALLING CARD CASES, AND CREDIT CARD CASES, UMBRELLAS, PARA-SOLS, CANES, AND WALKING-STICK SEATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND UNDERWEAR, NAMELY, SWEATERS, SHIRTS, CORSETS, SUITS, WAISTCOATS, RAINCOATS, SKIRTS, COATS, PULLOVERS, TROUSERS, DRESSES, JACKETS, SHAWLS, STOLES, SASHES FOR WEAR, SCARVES, NECKTIES, POCKET SQUARES, SUSPENDERS, GLOVES, BELTS, STOCKINGS, TIGHTS, SOCKS, BATH ROBES, SHOES, BOOTS AND SANDALS, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 96/612502, FILED 2-23-1996, REG. NO. 96612502, DATED 2-23-1996, EXPIRES 2-23-2006.

OWNER OF U.S. REG. NOS. 1,643,625, 1,875,198 AND OTHERS.

SER. NO. 75-143,799, FILED 8-1-1996.

JASON TURNER, EXAMINING ATTORNEY

**Int. Cls.: 14, 18 and 25**

**Prior U.S. Cls.: 1, 2, 3, 22, 27, 28, 39, 41 and 50**

**Reg. No. 2,181,753**

**United States Patent and Trademark Office** **Registered Aug. 18, 1998**

## TRADEMARK
### PRINCIPAL REGISTER

LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: GOODS MADE OF PRECIOUS METALS, NAMELY, SHOE ORNAMENTS, HAT ORNAMENTS, ORNAMENTAL PINS, ASH-TRAYS FOR SMOKERS, DECORATIVE BOXES, POWDER COMPACTS OF PRECIOUS METAL, JEWELRY CASES; JEWELRY, NAMELY, RINGS, KEY RINGS, BELT BUCKLES, EAR RINGS, CUFFLINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, MEDALLIONS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, STRAPS FOR WATCHES, WATCHES AND WRIST-WATCHES, CASES FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: GOODS MADE OF LEATHER OR IMITATIONS OF LEATHER ARE NOT INCLUDED IN OTHER CLASSES, NAMELY, BOXES MADE FROM LEATHER OR LEATHERBOARD, ENVELOPES OF LEATHER FOR PACKAGING; TRUNKS, VALISES, TRAVELING BAGS, LUGGAGE FOR TRAVEL, GARMENT BAGS FOR TRAVEL, VANITY CASES SOLD EMPTY, RUCKSACKS, HAND BAGS, BEACH BAGS, SHOPPING BAGS, SHOULDER BAGS, ATTACHE CASES, BRIEFCASES, DRAW STRING POUCHES; AND FINE LEATHER GOODS, NAMELY, POCKET WALLETS, PURSES, LEATHER KEY HOLDERS, BUSINESS CARD CASES, CALLING CARD CASES, AND CREDIT CARD CASES, UMBRELLAS, PARASOLS, CANES, AND WALKING-STICK SEATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND UNDERWEAR, NAMELY, SWEATERS, SHIRTS, CORSETS, SUITS, WAISTCOATS, RAINCOATS, SKIRTS, COATS, PULLOVERS, TROUSERS, DRESSES, JACKETS, SHAWLS, STOLES, SASHES FOR WEAR, SCARVES, NECKTIES, POCKET SQUARES, SUSPENDERS, GLOVES, BELTS, STOCKINGS, TIGHTS, SOCKS, BATH ROBES, SHOES, BOOTS AND SANDALS, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 96/612504, FILED 2-23-1996, REG. NO. 96612504, DATED 2-23-1996, EXPIRES 2-23-2006.

OWNER OF U.S. REG. NOS. 1,643,625, 1,875,198 AND OTHERS.

SER. NO. 75-143,789, FILED 8-1-1996.

JASON TURNER, EXAMINING ATTORNEY

**Int. Cls.: 14, 18 and 25**

**Prior U.S. Cls.: 1, 2, 3, 22, 27, 28, 39, 41 and 50**

**Reg. No. 2,773,107**

**United States Patent and Trademark Office**

**Registered Oct. 14, 2003**

**Corrected**

**OG Date July 20, 2004**

**TRADEMARK**
**PRINCIPAL REGISTER**

LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE
OWNER OF U.S. REG. NO. 2,177,828.

FOR: JEWELRY INCLUDING RINGS, BELT BUCKLES OF PRECIOUS METALS, EARRINGS, CUFF LINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, ORNAMENTAL PINS, AND MEDALLIONS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS AND APPARATUS, NAMELY, WATCHES, WATCH CASES AND CLOCKS; NUT-CRACKERS OF PRECIOUS METALS; CANDLESTICKS OF PRECIOUS METALS, JEWELRY BOXES OF PRECIOUS METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1999; IN COMMERCE 0-0-1999.

FOR: TRAVEL BAGS, TRAVEL BAGS MADE OF LEATHER; LUGGAGE TRUNKS AND VALISES, GARMENT BAGS FOR TRAVEL, VANITY-CASES SOLD EMPTY; RUCKSACKS, SHOULDER BAGS, HANDBAGS; ATTACHE-CASES, BRIEFCASES, DRAW-STRING POUCHES, POCKET WALLETS, PURSES, UMBRELLAS, BUSINESS CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER, CREDIT CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER; CALLING CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER; * KEY HOLDERS MADE OF LEATHER OR OF IMITATION LEATHER *, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1899; IN COMMERCE 0-0-1899.

FOR: CLOTHING, NAMELY, UNDERWEAR, SWEATERS, SHIRTS, T-SHIRTS, SUITS, HOSIERY, BELTS, SCARVES, NECK TIES, SHAWLS, WAISTCOATS, SKIRTS, RAINCOATS, OVERCOATS, SUSPENDERS, TROUSERS, JEANS, PULLOVERS, FROCKS, JACKETS, WINTER GLOVES, DRESS GLOVES, TIGHTS, SOCKS, BATHING SUITS, BATH ROBES,

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 20, 2004.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

PAJAMAS, NIGHT DRESSES, SHORTS, POCKET SQUARES; HIGH-HEELED SHOES, LOW-HEELED SHOES, SANDALS, BOOTS, SLIPPERS, TENNIS SHOES; HATS, CAPS, HEADBANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1974; IN COMMERCE 0-0-1974.

SER. NO. 76-364,597, FILED 1-31-2002.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 20, 2004.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**