# Exhibit B

































